# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cr-00216-SCJ-LTW
### USA v. Macrina
### Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 02/24/2023.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:30 A.M.
TIME IN COURT: 1:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Viola Zborowski
USPO: Candice Logan
DEPUTY CLERK: Pamela Wright

| | |
|---|---|
| DEFENDANT(S): | [1]Jo Ann Macrina Present at proceedings |
| ATTORNEY(S) PRESENT: | David Bouchard representing Jo Ann Macrina<br>Paul Kish representing Jo Ann Macrina<br>Nathan Kitchens representing USA<br>Jolee Porter representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MOTIONS RULED ON: | DFT#1-[139]Motion for Bond Pending Appeal DENIED |
| MINUTE TEXT: | Sentencing hearing held. Sentence imposed: 54 months on each of Counts 1 and 2, to be served concurrently; 3 years supervised release on each of Counts 1 and 2, to run concurrently; fine waived; $40,000 restitution; voluntary surrender. The Court advised defendant of her appeal rights. Following argument on Defendant's Motion for Bond Pending Appeal [139], the Court issued a verbal order denying the motion. |
| HEARING STATUS: | Hearing Concluded |